| | |
|---|---|
| Obi I. Iloputaife (CA Bar No. 1992271) | Steven A. Caloiaro |
| obi@cotmanip.com | Nevada Bar No. 12344 |
| admitted *pro hac vice* | Email: scaloiaro@dickinsonwright.com |
| Jayson S. Sohi (CA Bar No. 293176) | 8363 West Sunset Road, Suite 200 |
| jayson@cotmanip.com | DICKINSON WRIGHT PLLC |
| admitted *pro hac vice* | Las Vegas, Nevada 89113-2210 |
| COTMAN IP LAW GROUP, PLC | Tel: (702) 550-4400 |
| 35 Hugus Alley, Suite 210 | Fax: (844) 670-4009 |
| Pasadena, CA 91103 | |
| (626) 405-1413/FAX: (626) 316-7577 | Hector J. Ribera (CA Bar No. 221511 |
| | (pending admission *pro hac vice*) |
| *Attorneys for Plaintiff TZU Technologies, LLC* | hector@martonribera.com |
| | MARTON RIBERA SCHUMANN & CHANG LLP |
| | 548 Market St. Suite 36117 |
| | San Francisco, CA 94104 |
| | (415) 360-2511 |
| | |
| | *Attorneys for Defendant, LELO Inc.* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TZU Technologies, LLC | Case No. 2:17-cv-01952-MMD-GWF |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **(Second Stipulation)** |
| LELO Inc. | **[LR IA 6-1(a)]** |
| Defendant. | |

Pursuant to Local Civil Rule 6-1(a), Plaintiff TZU Technologies, LLC ("Plaintiff") and Defendant Lelo Inc. ("Defendant") (jointly "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1  WHEREAS, Plaintiff filed its Complaint against Defendant on July 18, 2017 (ECF No. 1);

2  WHEREAS Defendant was served with the summons and complaint on September 22, 2017;

3  WHEREAS Defendant was required to serve its respective answer and/or response to the Complaint by October 13, 2017;

4  WHEREAS Plaintiff and Defendant jointly stipulated to a first extension of time to answer and/or respond to the Complaint and the Court granted the stipulated request extending the time for Defendant's answer and/or response to the Complaint to November 13, 2017 (first extension)(ECF No. 13);

5  WHEREAS Plaintiff and Defendant have been engaged in informal settlement discussions in an attempt to resolve their dispute and wish to continue such discussions;

6  WHEREAS Plaintiff and Defendant have again agreed to extend the date for Defendant to answer and/or respond to the Complaint by an additional thirty (30) days, up to and including December 13, 2017; and

7  WHEREAS this is Defendant' second request for extension of time to respond to the Complaint in this action;

8  WHEREAS the stipulation is made in good faith to allow the parties to continue to discuss a settlement agreement; and

9  WHEREAS the stipulation is not an attempt to delay proceedings.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Lelo Inc. shall have an extension, up to and including December 13, 2017, to answer and/or respond to Plaintiff's Complaint in this action.

Respectfully submitted,

Dated: November 9, 2017

**COTMAN IP LAW GROUP, PLC**
By: /s/ *Jayson S. Sohi*_____
Jayson S. Sohi
*Attorneys for Plaintiff*
*TZU Technologies, LLC*

Dated: November 9, 2017

**DICKINSON WRIGHT PLLC**

/s/ Steven A. Caloiaro_____
Steven A. Caloiaro
Nevada Bar No. 12344
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-4009

Hector J. Ribera
hector@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: (415) 360 2511

*Attorneys for Defendant LELO Inc.*

## **ORDER**

IT IS SO ORDERED.

Dated: _ November 13 _, 2017

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Dickinson Wright, PLLC, and that on this date a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** will be served upon counsel of record via the Court's ECF System electronic mail.

DATED: November 9, 2017     /s/ Cindy Grinstead
An Employee of Dickinson Wright, PLLC